IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | No. 16-3982 |
| JAMES A. MARR | : | |

**ORDER**

AND NOW, this 27th day of October, 2016, it is ORDERED Plaintiff shall have until November 10, 2016, to either (1) submit proof of service demonstrating Defendant James A. Marr has been served with a summons and Complaint in this case or (2) show cause in writing why this action should not be dismissed without prejudice as to Defendant James A. Marr pursuant to Federal Rule of Civil Procedure 4(m).[1]

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] Under Rule 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Plaintiff filed the Complaint in this action on July 22, 2016. Although the 90-day period in which to serve Defendant James A. Marr expired on October 20, 2016, Plaintiff has not yet made proof of service to the Court, as required by Rule 4(*l*).