IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-3982 |
| | : | |
| JAMES A. MARR | : | |

**<u>ORDER</u>**

AND NOW, this 17th day of November, 2016, upon consideration of Plaintiff the United States of America's response to the Court's October 27, 2016, Order to Show Cause, it is ORDERED the Government shall file its Motion for Substitute Service on or before December 15, 2016.[1]

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] On October 27, 2016, the Court directed the Government to either (1) submit proof of service demonstrating Defendant James A. Marr has been served with a summons and Complaint in this case or (2) show cause in writing why this action should not be dismissed without prejudice as to Marr pursuant to Federal Rule of Civil Procedure 4(m).  On November 11, 2016, the Government filed a response, stating it has made a good faith effort to locate Marr and has attempted service at several of his last known addresses, but all attempts to serve Marr have been unsuccessful.  The Government further indicated it is awaiting copies of the non-service affidavits, and upon their receipt, will file a Motion for Substitute Service.  Because the Government has shown good cause for failure to serve Marr within the 90-day period provided by Rule 4(m), the Court will extend the time for service.