IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-3982 |
| | : | |
| JAMES A. MARR | : | |

## **ORDER**

AND NOW, this 28th day of November, 2016, upon consideration of Plaintiff the United States of America's Motion for Service by Posting Property and Certified Mail and the exhibits in support thereof, and it appearing to the Court that the Government has made a good faith effort to locate Defendant James A. Marr and has undertaken practical efforts to serve Marr under the circumstances, *see* Pa. R. Civ. P. 430(a), Note, and that the proposed alternative method of service is reasonably calculated to provide Marr or persons associated with Marr with notice of this action, it is ORDERED the Motion (Document 5) is GRANTED.  The Government shall be permitted to effectuate service upon Marr by posting a copy of the Summons and Complaint at Marr's last known address, 1533 East Pastorius Street, Philadelphia, PA 19138, and by mailing a copy of the Summons and Complaint by certified and regular mail to the same address.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.