# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>v.<br><br>JAMES A. MARR; et al.<br>Defendant (Respondent) | CASE and/or DOCKET No.: 16-03982<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served JAMES A. MARR the above process on the 1 day of December, 2016, at 10:10 o'clock, AM, at 1533 EAST PASTORIUS STREET PHILADELPHIA, PA 19138, County of Philadelphia, Commonwealth of Pennsylvania:

Manner of Service:

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of _Pa_____     )
                                                )SS:
County of __Berks_____            )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158045
Case ID #:4755838

Subscribed and sworn to before me
this _4_ day of _Jan_____, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017